IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

**EDWARD VANCE TALLON**

NO. 3:17-CR-23-002(CAR)

**ORDER**

For good and sufficient cause shown to the Court, defense counsel's Motion to Dismiss Petition and Revocation for Lack of Jurisdiction (Doc. 102) is granted, and it is now ordered the Petition for Warrant or Summons for Offender Under Supervision (Doc. 86) is dismissed.

SO ORDERED this 2 day of September, 2026.

C. Ashley Royal
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE